**Steven NORI, Plaintiff–Appellant,**

v.

**POSTMASTER GENERAL (U.S.A.) and United States Postal Service, Defendants–Appellees.**

**No. 02–6114.**

United States Court of Appeals, Second Circuit.

Jan. 29, 2003.

Steven Nori, Glen Oaks, New York, for Plaintiff–Appellant, pro se.

Carolyn L. Miller, Assistant United States Attorney, Eastern District of New York (Roslynn R. Mauskopf, United States Attorney), Brooklyn, New York, for Defendants–Appellees.

PRESENT: NEWMAN, KATZMANN, and RAGGI, Circuit Judges.

**SUMMARY ORDER**

UPON DUE CONSIDERATION of this appeal from a judgment of the United States District Court for the Eastern District of New York (Trager, *J.*), it is hereby

ORDERED, ADJUDGED, AND DECREED that the judgment of the District Court is AFFIRMED.

Steven Nori, *pro se*, appeals from the district court's dismissal of his complaint by order dated March 11, 2002.

The district court correctly concluded that plaintiff's claim is barred by the doctrine of *res judicata*. *See Allen v. McCurry*, 449 U.S. 90, 94, 101 S.Ct. 411, 66 L.Ed.2d 308 (1980) (final judgment on the merits of an action precludes parties from relitigating issues that were or could have been decided in previous action); *Weston Funding Corp. v. Lafayette Towers, Inc.*, 550 F.2d 710, 714–15 (2d Cir.1977) (summary judgment is dismissal on the merits for *res judicata* purposes).

We affirm the judgment of the District Court.